JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANIEL MALDONADO,

     Petitioner,

   v.

R. ARIAS,

     Respondent.

No. CV 26-2162-CAS(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 4, 2026

_____

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE